UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR PARRA,<br><br>                          Plaintiff,<br>vs.<br><br>JP MORGAN CHASE BANK N.A. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                          Defendants. | Case no. |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL**

Equifax Information Services LLC ("Equifax") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

**A. PROCEDURAL BACKGROUND**

1. On or about June 17, 2022, Plaintiff Cesar Parra ("Plaintiff") filed the Complaint in the Queens County Supreme Court of the State of New York, Index No. 712843/2022 ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Equifax.

2. Equifax was served with Plaintiff's Complaint on June 28, 2022. This Notice of Removal is being filed with the thirty (30) day time period required by 28 U.S.C. § 1446(b).

**B. GROUNDS FOR REMOVAL**

3. The present suit is an action over which the United States District Court, Eastern District of New York has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper

because Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, Eastern District of New York because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, prior stipulations, and orders in the State Court Action are attached hereto as **Exhibit A**. In addition, a copy of defendant, JP Morgan Chase Bank, N.A.'s consent is attached as **Exhibit B**.

6. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Queens County Supreme Court of the State of New York as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax request that the above-described action be removed to this Court.

Respectfully submitted this 28th day of July, 2022.

                                CLARK HILL PLC

                                /s/Boris Brownstein
                                Boris Brownstein
                                210 Carnegie Center, Suite 102
                                Princeton, NJ 08540
                                Phone: (609) 785-2923
                                Fax: (609) 785-2999
                                Email: bbrownstein@clarkhill.com
                                *Attorney for Defendant Equifax Information Services LLC.*

## CERTIFICATE OF SERVICE

      This is to certify that on July 28, 2022, a true and correct copy of the foregoing document has been filed with the Clerk of the Court which will send a notification to all counsel of record.

      /s/*Boris Brownstein*
      Boris Brownstein
      *Attorney for Defendant*
      *Equifax Information Services LLC*