UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cesar Parra,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JP Morgan Chase Bank N.A. and Equifax Information Services, LLC,<br><br>　　　　　Defendants. | Case No: 1:22-cv-04457-ENV-MMH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO JP MORGAN CHASE BANK N.A** |

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant JP Morgan Chase Bank N.A. only, with each party to bear its respective attorney's fees and costs. JP Morgan Chase Bank N.A. has not served an answer or motion in this action.

Dated: August 24, 2022

　　　　　　　　　　　　　　　　　　　　**SANDERS LAW GROUP**

　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Nicola C. Richards*
　　　　　　　　　　　　　　　　　　　　Nicola C. Richards, Esq.
　　　　　　　　　　　　　　　　　　　　333 Earle Ovington Blvd, Suite 402
　　　　　　　　　　　　　　　　　　　　Uniondale, NY 11553
　　　　　　　　　　　　　　　　　　　　Tel: (516) 203-7614
　　　　　　　　　　　　　　　　　　　　Email: nrichards@sanderslaw.group
　　　　　　　　　　　　　　　　　　　　File No.: 125163
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 8/25/2022

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge