**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Cesar Parra,

            Plaintiff,

        v.

JP Morgan Chase Bank N.A. and Equifax
Information Services, LLC,

            Defendants.

Case No: 1:22-cv-04457-ENV-MMH

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO**
**F.R.C.P. § 41(a)(1)(A)(i) AS TO**
**EQUIFAX INFORMATION**
**SERVICES, LLC**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent

the above-captioned action is voluntarily dismissed with prejudice against Defendant Equifax

Information Services, LLC only, with each party to bear its respective attorney's fees and costs.

Equifax Information Services, LLC has not served an answer in this action.

Dated: October 12, 2022

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 10/13/2022

/s/ Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*

**SANDERS LAW GROUP**

By:   */s/ Nicola C. Richards*
Nicola C. Richards, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7614
Email: nrichards@sanderslaw.group
File No.: 125163
*Attorneys for Plaintiff*